UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **CECILIA FONTENOT ET AL** | **CASE NO.  2:22-CV-00023** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **STATE FARM FIRE & CASUALTY CO ET AL** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the "Second Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6)" [Doc. 24] filed by defendant American Advisors Group, Inc. be **GRANTED** and that the claims against American Advisors Group, Inc. be **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in Chambers this 15th day of June, 2022.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE